> Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington
>
> October 1, 2025
>
> RAVI SUBRAMANIAN, Clerk
>
> By _____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> DONTESE WHITE, <br><br> Defendant. | NO. CR25-202 JCC <br><br> **INDICTMENT** |

The Grand Jury charges that:

## COUNT 1

### (Unlawful Possession of a Firearm)

On or about October 30, 2024, in King County, within the Western District of Washington, DONTESE WHITE, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

    i.    *Possession with Intent to Manufacture or Deliver Cocaine*, in King County Superior Court, under case number 12-1-05830-6-SEA, on or about July 28, 2015;

    ii.    *Possession with Intent to Manufacture or Deliver Cocaine*, in King County Superior Court, under case number 14-1-01341-4-SEA, on or about July 28, 2015;

Indictment - 1
*United States v. Dontese White*
USAO No. 2025R01018

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

iii.  *Possession of Cocaine*, in King County Superior Court, under case number 15-1-02588-7-SEA, on or about July 28, 2015; and

iv.  *Taking a Motor Vehicle Without Permission, Second Degree*, in King County Superior Court, under case number 19-1-02402-6-SEA, on or about October 27, 2023;

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is: a 9mm Polymer 80 pistol with no serial number.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture. Upon conviction of the offense alleged in Count 1, DONTESE WHITE shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms and ammunition that were involved in the offense.

//

//

//

Indictment - 2
*United States v. Dontese White*
USAO No. 2025R01018

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendants,

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with a third party;

    c.  has been placed beyond the jurisdiction of the Court;

    d.  has been substantially diminished in value; or,

    e.  has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL: *yes*

DATED: *1 Oct 25*

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____

FOREPERSON

_____

REBECCA S. COHEN
Acting United States Attorney

_____

VINCENT T. LOMBARDI
Assistant United States Attorney

_____

MICHELLE JENSEN
JOSEPH C. SILVIO
Assistant United States Attorneys

Indictment - 3
*United States v. Dontese White*
USAO No. 2025R01018

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970