UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DONTESE WHITE,<br><br>　　　　　　　　Defendant. | CASE NO. 25-202-JHC<br><br>**DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f) and finds there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with unlawful possession of a firearm. Defendant has a lengthy criminal history with felony convictions for violations of the controlled substances act. He has state felony level controlled substances charges and which are pending in the King County Superior Court. He was released on conditions but allegedly violated his conditions of release as he was arrested and charged a second time for a felony level offense. After the second state charge was filed, he was arrested in this case and found in possession of controlled substances. Thus, despite being charged with a state felony, he allegedly continued to commit felony

DETENTION ORDER - 1

offenses. Additionally, according to the pretrial report, defendant has failed to appear for prior state court hearings on 16 occasions.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 30th day of October, 2025.

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2