1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>DONTESE WHITE,<br><br>                Defendant. | CASE NO. CR25-0202JHC<br><br>ORDER ALLOWING PRO HAC VICE APPEARANCE AND WAIVING FEE AND REQUIREMENT FOR LOCAL COUNSEL |

Steven M. Wells of Steven M. Wells, P.C., has moved to appear pro had vice and has also moved this court to waive the requirement that a party represented by pro hac vice counsel also be represented by a local attorney. He further moves to waive the requirement that an attorney appearing pro hac vice to pay a fee to cover costs associated with the admission and oversight of such practice. Those requirements are codified in WDWA Local Civil Rule 83.1.

This court has wide discretion in overseeing the application of this District's local rules. U.S. v. Warren, 601 F.2d 471 (9th Cir. 1979). The reasons for this request are outlined in his motion and they are well-taken. For those reasons, this court hereby Grants Mr. Wells' motion. It is therefore Ordered, Adjudged, and Decreed that Steven M. Wells of Steven M. Wells, P.C., may

ORDER ALLOWING PRO HAC VICE APPEARANCE AND WAIVING FEE AND REQUIREMENT FOR LOCAL COUNSEL - 1

proceed pro hac vice without the support of local counsel and without the fees normally associated with a pro hac vice application.

Dated this 21st day of November, 2025.

John H. Chun
United States District Judge

ORDER ALLOWING PRO HAC VICE APPEARANCE AND WAIVING FEE AND REQUIREMENT FOR LOCAL COUNSEL - 2